UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:** SARAH PATELLOS, ET AL | **AFFIDAVIT OF SERVICE** |
| **Defendant / Respondent:** HELLO PRODUCTS, LLC | **Index No:** 1:19-cv-09577 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>PO Box 582</u>, <u>Guilderland, NY 12084</u>. That on Tue, Mar 03 2020 AT 03:11 PM AT 80 State St, Albany, NY 12207 deponent served the within <u>Summons in a Civil Action and First Amended Class Action Complaint</u> on <u>HELLO PRODUCTS, LLC c/o Corporation Service Company</u>

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

- [X] **Corporation:** HELLO PRODUCTS, LLC a defendant, therein named, by delivering a true copy of each to <u>John Doe</u> personally, deponent knew said corporation so served to be the corporation described, and knew said individual to <u>be an Authorized Employee of CSC</u> thereof.

- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40   Ethnicity: Caucasian   Gender: Male   Weight: 200+
Height: 6'   Hair: Brown   Eyes: _____   Relationship: _____
Other: Beard, wore hat

_____
Austin Taylor

Sworn to before me on  3/3/20
_____
Notary Public

Anne B. Stefanski
Notary Public, State of New York
Registration No. 01ST6369842
Qualified in Albany County
Commission Expires January 22, 20 22