**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH PATELLOS and ERIC FISHON, on behalf of themselves and others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>HELLO PRODUCTS, LLC,<br><br>     Defendant. | CASE NO. 1:19-CV-09577-PAE |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ROBYN BLADOW**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Robyn E. Bladow, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Hello Products, LLC in the above-captioned action.

I am in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. My affidavit as required by Local 1.3 is attached hereto.

Dated: May 12, 2020                             Respectfully submitted,
                                                Kirkland & Ellis LLP


                                                  *s/ Robyn Bladow*
                                                Robyn Bladow
                                                KIRKLAND & ELLIS LLP
                                                555 South Flower Street
                                                Los Angeles, California  90071
                                                Telephone:  (213) 680-8634
                                                Facsimile:   (213) 680-8500
                                                rbladow@kirkland.com

                                                *Attorneys for Defendant Hello Products, LLC*