UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PATELLOS and ERIC FISHON, on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>HELLO PRODUCTS, LLC,<br><br>                Defendant. | CASE NO. 1:19-CV-09577-PAE<br><br>AFFIDAVIT OF ROBYN E BLADOW IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF NEW YORK )

      Robyn E. Bladow, being duly sworn, hereby deposes and says as follows:

      1.      I am a partner with the law firm of Kirkland & Ellis LLP. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter.

      2.      As shown in the Certificate of Good Standing annexed hereto as Exhibit 1, I am a member in good standing of the Bar of the State of California.

      3.      I have never been convicted of a felony.

      4.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

      5.      There are no pending disciplinary proceedings presently against me in any state or federal court.

Dated: May 11, 2020

Respectfully submitted,

Kirkland & Ellis LLP

_____
Robyn Bladow
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8634
Facsimile: (213) 680-8500
rbladow@kirkland.com

*Attorneys for Defendant Hello Products, LLC*

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me
on this 11 day of May, 2020,
by Marlene Kurzbard, notary public
    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

_____
Signature of Notary Public

MARLENE A. KURZBARD
Notary Public - California
Orange County
Commission # 2291516
My Comm. Expires Jul 3, 2023

2