# EXHIBIT 1



# Supreme Court of California

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme Court

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### ROBYN EILEEN BLADOW

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **ROBYN EILEEN BLADOW, #205189**, was on the **6th day of DECEMBER, 1999**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the **4th day of MAY 2020.**

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Margarita Arroyo, Assistant Deputy Clerk