UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PATELLOS and ERIC FISHON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HELLO PRODUCTS, LLC,<br><br>Defendant. | CASE NO. 1:19-CV-09577-PAE |

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE* OF ROBYN BLADOW**

2

The motion of Robyn E. Bladow, for admission to practice *Pro Hac Vice* in the above captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the Bar of the the State of California and that her contact information is as follows:

> Robyn E. Bladow
> Kirkland & Ellis LLP
> 555 South Flower Street
> Los Angeles, CA 90071
> Telephone: (213) 680-8400
> Facsimile:  (213) 680-8500
> robyn.bladow@kirkland.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant HELLO PRODUCTS, LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____

Hon. Paul A. Engelmayer