**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH PATELLOS and ERIC FISHON, on behalf of themselves and others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>HELLO PRODUCTS, LLC,<br><br>     Defendant. | CASE NO. 1:19-CV-09577-PAE |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of Defendant Hello Products, LLC's Motion to Dismiss Plaintiffs' Second Amended Complaint, all pleadings filed with this Court, and any oral argument that may be presented at a hearing in this matter, the undersigned counsel will move this Court before the Honorable Paul A. Engelmayer, at the United States District Court for the Southern District of New York, 40 Foley Square, Room 2201, New York, NY 10007, on a date and at a time to be set by the Court, to dismiss Plaintiffs' Second Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: September 4, 2020

Respectfully submitted,
Kirkland & Ellis LLP

*/s/ Robyn Bladow*
Robyn Bladow (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: robyn.bladow@kirkland.com

Allison Buchner (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
Email: allison.buchner@kirkland.com

Joseph Sanderson
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joseph.sanderson@kirkland.com

*Attorneys for Defendant Hello Products LLC*