UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH PATELLOS, et al., Plaintiff, -v- HELLO PRODUCTS, LLC, Defendants. | 19 Civ. 9577 (PAE) ORDER |

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in this matter is presently scheduled for May 7, 2021 at 3:30 p.m. Dkt. 32. Due to a conflict with the Court's schedule, that conference is moved to May 7, 2021 at 10:30 a.m. The deadline for the parties' joint letter and case management plan remains May 3, 2021. In light of the public health situation, this conference will remain a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 3, 2021
New York, New York