# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Robyn E. Bladow
To Call Writer Directly:
+1 213 680 8634
robyn.bladow@kirkland.com

555 South Flower Street
Los Angeles, CA 90071
United States

+1 213 680 8400

www.kirkland.com

Facsimile:
+1 213 680 8500

October 11, 2021

**Via ECF**

Hon. Paul A. Engelmayer
United States District Court, Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

> Re: *Patellos, et al. v. Hello Products, LLC*, No. 19 Civ. 9577 (PAE) (SDA)
> **Joint Letter Requesting Referral to Magistrate Judge Stewart Aaron for Settlement Conference and Stay of Discovery**

Dear Judge Engelmayer:

Plaintiffs Sarah Patellos and Eric Fishon ("Plaintiffs") and Defendant Hello Products, LLC ("Hello") (together, "the Parties") in the above-captioned pending alleged consumer class action jointly write to respectfully request that the Court refer the Parties to Magistrate Judge Stewart Aaron for a settlement conference, and stay these proceedings including discovery pending that conference or further order of this Court.

As of the date of this letter, the Parties have exchanged informal discovery and served formal written discovery requests.

The Parties also engaged in informal discussions regarding a possible settlement. In furtherance of those discussions, counsel for both sides met in person, exchanged damages and liability analysis and agree that a settlement conference might assist the Parties in reaching a resolution, and therefore jointly request that the Court refer the Parties to Magistrate Judge Stewart Aaron for a settlement conference. We understand from Judge Aaron's clerk that he is available within the next sixty (60) days for such a conference. The Parties exchanged their available dates and will move forward to schedule a settlement conference expeditiously.

In order to avoid the expense and time of further discovery, including document production and depositions (parties and experts) and to allow the Parties to focus on reaching a resolution, the Parties request that, in addition to referring this action to Judge Aaron for a settlement conference, the Court also stay these proceedings, including discovery, for sixty days

## KIRKLAND & ELLIS LLP

Hon. Paul A. Engelmayer
October 11, 2021
Page 2

(60) or until such time as the Parties' settlement efforts conclude, or as directed by Magistrate Judge Aaron or by further order of this Court.

The Parties thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/Robyn E. Bladow
Robyn E. Bladow
Kirkland & Ellis LLP
*Counsel for Defendant*

Submitted jointly with:

/s/William B. Federman
William B. Federman
Federman & Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
*Counsel for Plaintiffs*

cc: All counsel of record, via ECF

The Court will refer this matter to Judge Aaron for settlement, and stay all deadlines for 60 days. The parties should not, however, expect this stay to be extended. SO ORDERED.

October 14, 2021

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge