USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sarah Patellos and Eric Fishon, on behalf of themselves and others similarly situated,

                      Plaintiffs,

-against-

Hello Products, LLC,

                      Defendant.

1:19-cv-09577 (PAE) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, December 14, 2021 at 2:00 p.m. The conference will be conducted via videoconference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:    New York, New York
            October 19, 2021

_____
STEWART D. AARON
United States Magistrate Judge