# FEDERMAN & SHERWOOD
(An Association of Attorneys and Professional Corporations)

| | |
|---|---|
| 10205 N. Pennsylvania Avenue<br>Oklahoma City, Oklahoma 73120<br>Telephone: (405) 235-1560<br>Facsimile: (405) 239-2112 | 212 W. Spring Valley Road<br>Richardson, Texas 75081<br>Telephone: (214) 696-1100<br>Facsimile: (214) 740-0112 |

Reply To: Oklahoma City, OK

February 21, 2022

**VIA ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2022
```

    Re:    Joint Request to Extend Deadline to File Motion for Preliminary Approval
           *Patellos, et al. v. Hello Products, LLC*, Case No. 19-cv-9577-SDA

To the Honorable Stewart D. Aaron:

    Plaintiffs Sarah Patellos and Eric Fishon ("Plaintiffs") and Defendant Hello Products, LLC (collectively, the "Parties") write to respectfully request the Court grant an extension of thirty (30) days for the Parties to file their Motion for Preliminary Approval.

    On January 14, 2022, the Court granted the Parties' request to reopen this matter for purposes of facilitating settlement and set a deadline for the Parties to file a motion for preliminary approval on or before March 4, 2022 (ECF No. 63).

    Final revisions to the settlement agreement have taken much longer than the Parties anticipated and the Parties are still entertaining bids from claims administrators. However, the Parties are working collegially to execute the settlement agreement. In addition, Molly E. Brantley, counsel for Plaintiffs, has been the primary attorney on Plaintiffs' side developing the settlement agreement and will be taking a medical leave of absence beginning February 22, 2022.

    For the foregoing reasons, the Parties respectfully request that the Court reset the deadline to file their Motion for Preliminary Approval to on or before April 4, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/*William B. Federman*<br>William B. Federman (SBN 2215341)<br>FEDERMAN & SHERWOOD<br>wbf@federmanlaw.com<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, Oklahoma 73120<br>(405) 235-1560<br>(405) 239-2112 (facsimile)<br>*Counsel for Plaintiffs* | /s/ *Robyn Bladow*<br>KIRKLAND & ELLIS LLP<br>Robyn Bladow (*admitted pro hac vice*)<br>555 South Flower Street, Suite 3700<br>Los Angeles, CA 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>Email: robyn.bladow@kirkland.com<br>*Attorneys for Hello Products LLC* |

## ORDER

Having considered the Parties' request, the Court orders that the Parties shall have until April 4, 2022 to file a motion for preliminary approval of the class settlement.

**IT IS SO ORDERED.**

Dated: February 21, 2022

Honorable Stewart D. Aaron