# FEDERMAN & SHERWOOD
(An Association of Attorneys and Professional Corporations)

10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

Reply To: Oklahoma City, OK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022

May 26, 2022

**VIA ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Application GRANTED. SO ORDERED.

Dated: May 26, 2022

Re: Joint Request to Extend Deadline to File Motion for Preliminary Approval
*Patellos, et al. v. Hello Products, LLC*, Case No. 19-cv-9577-SDA

To the Honorable Stewart D. Aaron:

Plaintiffs Sarah Patellos and Eric Fishon ("Plaintiffs") and Defendant Hello Products, LLC (collectively, the "Parties") write to update Your Honor on the status of this matter and to respectfully request the Court grant an extension until June 10, 2022, for Plaintiffs to file their Motion for Preliminary Approval.

On January 14, 2022, the Court granted the Parties' request to reopen this matter for purposes of facilitating settlement and set a deadline for Plaintiffs to file a motion for preliminary approval on or before March 4, 2022 (ECF No. 63). On February 21, 2022 (ECF No. 65) the Court granted the Parties' request to extend the deadline to file a motion for preliminary approval until April 4, 2022. The Court has also previously granted the Parties' request to extend the deadline until May 13, 2022 (ECF Doc. Nos. 65 and 67) and until May 27, 2022 (ECF Doc. Nos. 68 and 69).

The Settlement Agreement has been finalized and is in execution form, but the process for collecting signatures from clients has taken much longer than anticipated, and further delays may be caused by the upcoming holiday weekend. The Parties are confident that further extensions of time should not be required.

For the foregoing reasons, the Parties respectfully request that the Court reset the deadline to file the Motion for Preliminary Approval to on or before June 10, 2022.

Respectfully submitted,

/s/*William B. Federman*
William B. Federman
(S.D. New York #WF9124)
FEDERMAN & SHERWOOD
wbf@federmanlaw.com

/s/ *Robyn Bladow*
KIRKLAND & ELLIS LLP
Robyn Bladow (*admitted pro hac vice*)
555 South Flower Street, Suite 3700
Los Angeles, CA 90071

| | |
|---|---|
| 10205 N. Pennsylvania Ave. | Telephone: (213) 680-8400 |
| Oklahoma City, Oklahoma 73120 | Facsimile: (213) 680-8500 |
| (405) 235-1560 | Email: robyn.bladow@kirkland.com |
| (405) 239-2112 (facsimile) | *Attorneys for Hello Products LLC* |
| *Counsel for Plaintiffs* | |

**ORDER**

Having considered the Parties' request, the Court orders that the Parties shall have until June 10, 2022 to file a motion for preliminary approval of the class settlement.

**IT IS SO ORDERED.**

Dated: _____, 2022            _____
                                                                    Honorable Stewart D. Aaron