**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH PATELLOS and ERIC FISHON, on behalf of themselves and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>HELLO PRODUCTS, LLC,<br><br>　　　　　　Defendant. | CASE NO. 1:19-CV-09577-SDA<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF NOTICE PLAN, AND LEAVE TO FILE THIRD AMENDED CLASS ACTION COMPLAINT** |

　　　　Plaintiffs Sarah Patellos and Eric Fishon, on behalf of themselves and others similarly situated, ("Plaintiffs") respectfully move this Court for an Order preliminarily approving the proposed class action settlement filed concurrently with this motion on June 10, 2022 ("Settlement"), approving the form of notice, and scheduling the final approval hearing as set forth in the Class Action Settlement Agreement[1] attached as Exhibit 2 to the Declaration of William B. Federman filed concurrently on June 10, 2022 ("Federman Declaration"). Specifically, the Parties ask that the Court enter the proposed Order, thereby:

　　1.　certifying the Settlement Class and appointing Plaintiffs as the class representatives and their counsel as Class Counsel;

　　2.　preliminarily approving the Settlement Agreement;

　　3.　approving the form and manner of the class action settlement notice;

　　4.　preliminarily certifying the Settlement Class for purposes of settlement only;

　　5.　granting leave for Plaintiffs to file their Third Amended Class Action Complaint;

　　6.　appointing Simpluris, Inc. as Settlement Administrator and direct it to commence the Notice Plan; and

---

[1] Unless otherwise indicated, capitalized terms shall have the same meaning as they do in the Settlement Agreement.

7. scheduling a Final Approval Fairness Hearing to consider final approval of the Settlement.

In support of this Unopposed Motion, Plaintiffs rely on the attached Memorandum of Law, as well as the Declaration of William B. Federman, its supporting exhibits, and all documents filed therewith.

Respectfully submitted on this 10th day of June, 2022.

/s/ *William B. Federman*
William B. Federman
(S.D. New York #WF9124)
Molly E. Brantley, admitted *pro hac vice*
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com
meb@federmanlaw.com

David Pastor, admitted *pro hac vice*
Pastor Law Office, LLP
63 Atlantic Avenue, 3rd Fl.
Boston, MA 02110
(617) 724-9700
Dpastor@pastorlawoffice.com

Counsel for Plaintiffs and the Proposed Class

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system to all counsel of record.

/s/ *William B. Federman*