```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sarah Patellos and Eric Fishon, on behalf of themselves and others similarly situated,

                Plaintiffs,

-against-

Hello Products, LLC,

                Defendant.

1:19-cv-09577 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

As previously Ordered, a Fairness Hearing is scheduled in this action for January 10, 2023 at 11:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. (*See* 6/15/2022 Order, ECF No. 75.) At counsel's request, counsel in this action may appear for the hearing via video. Similarly, any class member, objector and/or member of the public may participate in the hearing via telephone or video. Anyone wishing to participate remotely may do so using Microsoft Teams as follows:

1. Join on your computer, mobile app or room device:
   Link: https://www.microsoft.com/en-us/microsoft-teams/log-in
   Meeting ID: 283 988 309 843
   Passcode: x3EEia

2. Join with a video conferencing device:
   teams@meet.vc.uscourts.gov
   Video Conference ID: 111 456 107 8

3. Or call in (audio only):
   +1 646-453-4442
   Phone Conference ID: 462 294 550#

Plaintiffs' counsel shall ensure that the Settlement Website hosted at http://www.charcoaltoothpastesettlement.com is updated to reflect the foregoing.

**SO ORDERED.**

Dated:    New York, New York
          November 28, 2022

_____
STEWART D. AARON
United States Magistrate Judge