UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON RUSSELL AGUIRRE, EDWARD BLOTNICKI III, SANDRA BURNS, JOHN BRILEY, BENJAMIN CARTER, TINA CASH, DANIEL DURGIN, STEFANIE EMERICK, TAWANA HUSTON, ERIC FISHON, ERICA PARKS, SARAH PATELLOS, ROMONA REED, CHRIS SMITH, KRISTIN STELEA, PEGGY TATUM, TIMOTHY THOMAS, CHRISTINA VAIN, and TIA WINSTON, on behalf of themselves and others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>HELLO PRODUCTS, LLC,<br><br>           Defendant. | Case No. 1:19-cv-09577-SDA<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, the Declaration of the Claims Administrator, the Declaration of William B. Federman in Support of Plaintiffs' Motion For Final Approval of Class Settlement and Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement Of Litigation Expenses, and Service Awards To Plaintiffs, all other exhibits thereto, and all prior pleadings and proceedings had herein, Plaintiffs Shannon Russell Aguirre, Edward Blotnicki III, Sandra Burns, John Briley, Benjamin Carter, Tina Cash, Daniel Durgin, Stefanie Emerick, Tawana Huston, Eric Fishon, Erica Parks, Sarah Patellos, Romona Reed, Chris Smith, Kristin Stelea, Peggy Tatum, Timothy Thomas, Christina Vain, and Tia Winston, individually and behalf of the putative class (collectively "Plaintiffs"), hereby move for final

1

approval of the class action settlement preliminarily approved by this Court on June 15, 2022.

Plaintiffs respectfully request this Court: (1) granting final approval of the proposed Settlement; (2) certify a class for purposes of Settlement; and (3) enter Judgment and (4) dismiss all claims. A [Proposed] Order for Final Judgment is attached hereto.

Dated: December 6, 2022

Respectfully submitted,

/s/ *William B. Federman*
William B. Federman
(S.D. New York #WF9124)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com

David Pastor, admitted *pro hac vice*
Pastor Law Office, LLP
63 Atlantic Avenue, 3rd Fl.
Boston, MA 02110
(617) 724-9700
Dpastor@pastorlawoffice.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system to all counsel of record.

*/s/ William B. Federman*